**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ADAM SCOTT** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **UNITED STATES OF AMERICA** | : | **NO. 19-2263** |

## ORDER

    **NOW**, this 9th day of December, 2019, upon consideration of the Motion to Dismiss the Complaint (Document No. 12), the plaintiff's response, the defendant's reply, and the plaintiff's sur-reply, it is **ORDERED** that the motion is **GRANTED**.

    **IT IS FURTHER ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**.

/s/ TIMOTHY J. SAVAGE J.